# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY VELEZ, MARIA LOZADA and ANDRE O'HARA,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF CALIFORNIA; THE CITY OF DAIRYVILLE; TEHAMA COUNTY; THE TEHAMA COUNTY SHERIFF DEPARTMENT; DAVE HENCRATT; STEVE HOAG; ROBERT BAKKEN and DUSTIN MARIA,<br><br>Defendants. | No. 2:17-cv-00960-WBS-KJN<br><br>ORDER GRANTING THE STIPULATION TO CONTINUE PRETRIAL SCHEDULING CONFERENCE, MEET AND CONFER, FILING OF JOINT STATUS REPORT AND FILING DEADLINE FOR PLAINTIFF'S FIRST AMENDED COMPLAINT |

GOOD CAUSE HAVING BEEN SHOWN; it is hereby ordered as follows: The Pretrial Scheduling Conference is extended to February 26, 2018 at 1:30 p.m., the FRCP 26(f) Meet and Confer deadline is extended to February 5, 2018, the L.R. 240 deadline for Filing of the Joint Status Report is extended to February 12, 2018, and the Filing Deadline for Plaintiff's First Amended Complaint is extended to November 13, 2017.

**Dated: November 1, 2017**

*(signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

*Harry Velez, et al. v. The State of California, et al.*
**2:17-cv-00960-WBS-KJN**