STEVE WHITWORTH, ESQ. [SBN 249111]
2368 Maritime Dr. Suite 260
Elk Grove, CA 95758
Telephone: (916) 668-5970
Fax: (916) 668-5971
EMAIL: steve@stevewhitworth.com

J. DAVID NICK, (CAL SBN 157687)
LAW OFFICES OF J. DAVID NICK
345 FRANKLIN STREET
San Francisco, CA 94102
Telephone: (415) 552-4444
Facsimile: (415) 358-5897
EMAIL: jdavidnick@lawyer.com

**Attorneys for Plaintiffs:**
HARRY VELEZ
MARIA LOZADA
ANDRE O'HARA; Z.J.; R.C.; F.M.; H.V.J; L.E.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY VELEZ, MARIA LOZADA, ANDRE O'HARA, Z.J. through his *guardian at litem* TIMOTHY ZIMMERMAN, R.C. who sues through his *guardian at litem* CHRISTY ULLOA, F.M. and H.V.J. who sue through their guardian at litem NATASHA FINCK, L.E. who sues through her guardian at litem KRISTIN STILLMAN-GENDRON<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT BAKKEN, DUSTIN MARIA, COUNTY OF TEHAMA,<br><br>Defendants. | NO. 2:17-CV-00960-WBS-KJN<br><br>ORDER PERMITTING FILING OF THE SECOND AMENDED COMPLAINT FOR DAMAGES UNDER 42 USC §1983 AND STATE CAUSES OF ACTION FOR DAMAGES: |

GOOD CAUSE HAVING BEEN SHOWN BY THE PARTIES STIPULATION; THE COURT ORDERS THAT: Good cause exist for the filing of a Second Amended Complaint and the proposed Second Amended Complaint shall be filed.

1

ORDER PERMITTING THE FILING OF 2ND AMEND COMPLAINT

So ordered.

Dated: January 11, 2019

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE