STEVE WHITWORTH, ESQ. [SBN 249111]
2368 Maritime Dr. Suite 260
Elk Grove, CA 95758
Telephone: (916) 668-5970
Fax: (916) 668-5971
EMAIL: steve@stevewhitworth.com

J. DAVID NICK, (CAL SBN 157687)
LAW OFFICES OF J. DAVID NICK
345 FRANKLIN STREET
San Francisco, CA 94102
Telephone: (415) 552-4444
Facsimile: (415) 358-5897
EMAIL: jdavidnick@lawyer.com

**Attorneys for Plaintiffs:**
HARRY VELEZ (deceased),
MARIA LOZADA (Harry Velez's mother) and
ANDRE O'HARA (Harry Velez's eldest son)
Z.J. through his guardian ad litem TIMOTHY ZIMMERMAN
R.C through his guardian ad litem CHRISTY ULLOA,
F.M.and H.V.J. through their guardian ad litem NATASHA FINCK,
L.E. through her guardian at litem KRISTIN STILLMAN-GENDRON

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY VELEZ, MARIA LOZADA, ANDRE O'HARA, Z.J. through his *guardian at litem* TIMOTHY ZIMMERMAN, R.C. who sues through his *guardian at litem* CHRISTY ULLOA, F.M.and H.V.J. who sue through their guardian at litem NATASHA FINCK, L.E. who sues through her guardian at litem KRISTIN STILLMAN-GENDRON<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT BAKKEN, DUSTIN MARIA, COUNTY OF TEHAMA,<br><br>Defendants. | NO. 2:17-CV-00960-WBS-KJN<br><br>**ORDER** GRANTING EX PARTE RELIEF TO ADVANCE PETITION TO APPOINT MINORS GUARDIAN AD LITEM AND APPROVAL OF MINORS' COMPROMISE. |

GOOD CAUSE HAVING BEEN SHOWN THE COURT ORDERS AS FOLLOWS:

The currently set hearing of March 11, 2019 on plaintiffs' motion for approval of minors' compromise is vacated; the court shall immediately rule on the application and without a hearing.

1

SO ORDERED.

Dated: January 29, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE