BRUCE A. KILDAY, ESQ., SB No. 66415
   Email: bkilday@akk-law.com
DERICK E. KONZ, ESQ., SB No. 286902
   Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants ROBERT BAKKEN, DUSTIN MARIA, and COUNTY OF TEHAMA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY VELEZ; MARIA LOZADA; ANDRE O'HARA; Z.J.; R.C.; F.M.; H.V.J.; and L.E., <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT BAKKEN, DUSTIN MARIA, COUNTY OF TEHAMA, <br><br> Defendants. | Case No.: 2:17-cv-00960-WBS-KJN <br><br> **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER** |

    IT IS HEREBY STIPULATED and agreed by and between Plaintiffs HARRY VELEZ (through successor in interest Andre O'Hara), MARIA LOZADA, ANDRE O'HARA, Z.J. (through guardian ad litem Timothy Zimmerman), R.C. (through guardian ad litem Chrisy Ulloa), F.M. (through guardian ad litem Natasha Finck), H.V.J. (through guardian ad litem Natasha Finck), L.E. (through guardian ad litem Kristin Stillman-Gendron), and Defendants ROBERT BAKKEN, DUSTIN MARIA, and COUNTY OF TEHAMA, that this action be dismissed in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a).

///

///

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER**

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

Dated: February 13, 2019     LAW OFFICES OF J. DAVID NICK

　　　　　　　　　　　　　　　　*/s/ J. David Nick*
　　　　　　　　　　　　　　　　　(as authorized on 2/12/19)
　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　J. DAVID NICK
　　　　　　　　　　　　　　　Attorney for Plaintiffs

Dated: February 13, 2019     ANGELO, KILDAY & KILDUFF, LLP

　　　　　　　　　　　　　　　　*/s/ Derick E. Konz*
　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　DERICK E. KONZ
　　　　　　　　　　　　　　　Attorney for Defendants

### **ORDER**

**IT IS SO ORDERED.**

Dated: February 13, 2019
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE